# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2017

154762

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

WILLIAM LATRAIL CROSKEY,
    Defendant-Appellant.

SC: 154762
COA: 327938
Ingham CC: 15-000098-FH

_____/

    On order of the Court, the application for leave to appeal the September 22, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

    WILDER, J., took no part in the decision of this case.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2017



Clerk

t0503